**United States Bankruptcy Court Southern District of Indiana**

**IN RE:**                                                                                                 Case No. 05-83737-FJO-11

Interstate Welding & Fabrication, Inc.                                                     Chapter 11
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Action Steel<br>P O Box 66832<br>Indianapolis IN  46266 | Tel:  317-897-7283<br>Fax:  317-897-6268 | Trade | | $1,081,362.56 |
| Rigging Services Inc<br>4210 South 11th Street<br>Rockford IL  61125-6679 | Tel:  815-397-3600<br>Fax:  815-397-3663 | Trade | | $771,586.49 |
| O'Neal Steel Inc<br>P O Box 631873<br>Cincinnati OH  45263 | Tel:  205-599-8000 | Trade | | $337,656.80 |
| Westfield Steel Inc<br>530 State Road 32 West<br>Westfield IN  46074 | Tel:  800-622-4984<br>Tel:  317-896-5587<br>Fax:  317-896-5343 | Trade | | $301,537.58 |
| Socar of Ohio Inc<br>P O Box 601127<br>Charlotte NC  28260-1127 | Tel:  843-669-5183 | Trade | | $260,595.15 |
| Nicholas Bouras Inc<br>P O Box 662<br>Summit NJ  07902-0662 | Tel:  908-277-1617<br>Fax:  908-277-1619 | Trade | | $207,078.00 |
| Hoosier Steel<br>1700 Troy Avenue<br>New Castle IN  47362 | Tel:  765-521-3333<br>Fax:  765-521-3125 | Trade | | $194,453.68 |
| East Iowa Decks Support<br>15 West 256 N Frontage Road<br>Burr Ridge IL  60527 | Tel:  630-655-3325<br>Fax:  630-655-3327 | Trade | | $175,527.93 |
| Indy Steel Erectors<br>4421 E North County Line Road<br>Camby IN  46113 | Tel:  317-831-8474<br>Fax:  317-831-4009 | Trade | | $167,400.04 |

| Name / Address | Contact | Type | Amount |
|---|---|---|---|
| Canam Steel Corporation<br>2000 West Main Street<br>Washington MO  63090-1008 | Tel:  636-239-6716<br>Fax:  636-239-1714 | Trade | $142,048.66 |
| Don R Fruchey Inc<br>5608 Old Maumee Road<br>Fort Wayne IN  46803 | Tel:  260-749-8502<br>Fax:  260-749-6337 | Trade | $139,708.10 |
| Alron Steel Corporation<br>5620 Churchman Avenue<br>Indianapolis IN  46203 | Tel:  800-877-2576 | Trade | $135,126.80 |
| J & B Steel Erectors<br>9430 Sutton Place<br>Hamilton OH  45011 | | Trade | $131,286.31 |
| Maverick Tube LP<br>P O Box 911512<br>Dallas TX  75391-1512 | Tel:  800-325-1777<br>Fax:  800-840-8823 | Trade | $109,024.08 |
| Cooperweld<br>1027 Solution Center<br>Chicago IL  60677-1000 | Tel:  773-646-4500 | Trade | $102,184.98 |
| Vulcraft<br>P O Box 77836<br>Detroit MI  48277 | Tel:  260-337-1800<br>Fax:  260-337-1801 | Trade | $97,359.94 |
| Delaware Valley<br>654 Crosskeys Road<br>Sicklerville NJ  08081 | Tel:  856-629-1034<br>Fax:  856-629-7304 | Trade | $92,667.79 |
| Fenton Rigging<br>P O Box 23128<br>Cincinnati OH  45223 | Tel:  513-631-5500<br>Fax:  513-631-4361 | Trade | $86,468.42 |
| Joliet Steel & Construction<br>1842 Terry Drive<br>Joliet IL  60436 | Tel:  815-729-3834<br>Fax:  815-729-3889 | Trade | $85,954.67 |
| Spohn Associates Inc<br>3935 N Meridian Street<br>Indianapolis IN  46208 | Tel:  317-921-0021 | Trade | $85,506.00 |
| Unistrut Corporation<br>Dept 21199<br>Pasadena CA  91185-1199 | Tel:  630-773-3460<br>Fax:  630-773-3460 | Trade | $77,794.50 |
| A & J Steel Erectors<br>PO Box 168<br>Markle IN  46770 | Tel:  260-758-2273<br>Fax:  260-758-8030 | Trade | $72,619.02 |

Dated: February 13, 2006

/s/ Robert D. Bosar
Chief Executive Officer
Interstate Welding & Fabrication, Inc.